**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kassandra N. Devlin f/k/a Kassandra N.                    CHAPTER
Holman

Debtor(s)                                    BKY. NO. 26-20697 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
03 Jun 2026, 12:46:39, EDT

Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: d0d7320a019e0046944f71b7d96ba58271ec23a10b978541f822eed60b0afc28