## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kassandra N. Devlin fka Kassandra N. Holman**<br><br>          **Debtor(s)** | **BK NO. 26-20697 JAD** |
| | **Chapter 7** |
| **PENNYMAC LOAN SERVICES, LLC**<br>          **Movant** | **Related to Claim No.** |
|     **vs.** | |
| **Kassandra N. Devlin fka Kassandra N. Holman**<br><br>          **Debtor(s)** | |
| **Rosemary C. Crawford**,<br><br>          **Trustee** | |

## CERTIFICATE OF SERVICE
## DEFAULT ORDER GRANTING MOTION FOR RELIEF

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 23, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kassandra N. Devlin fka Kassandra N. Holman
227 Eagle Drive
Cranberry Twp, PA 16066

Attorney for Debtor(s)
Matthew M. Brennan, Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburgh, PA 15206

Trustee
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Method of Service:  electronic means or first-class mail

Dated: July 23, 2026

          **/s/ Matthew Fissel**
          Matthew Fissel
          Attorney I.D. 314567
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          215-627-1322
          mfissel@kmllawgroup.com